**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_Middle_ District of _Florida_
(State)

Case number (*if known*): _____ Chapter _____

FILED INTAKE USBC
AUG 20 '25 AM 10:16

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**

   *Chestnut Oak Drive North, LLC*

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   _N A_ - __ __ __ __ __ __ __

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | *11761 Beach Blvd* <br> Number   Street | <br> Number   Street |
   | *Suite 3* | *Po Box 14803* <br> P.O. Box |
   | *Jacksonville Fl 32246* <br> City   State   ZIP Code | *Jacksonville Fla 32238* <br> City   State   ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | *Duval* <br> County | *735 Chestnut Oak Drive N.* <br> Number   Street |
   | | *Jacksonville Fl 32218* <br> City   State   ZIP Code |

5. **Debtor's website (URL)**

   _N A_

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 1

Debtor   **Chestnut Oak Drive North LLC**
Name

Case number (if known) _____

---

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

**7. Describe debtor's business**

*A. Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See* http://www.uscourts.gov/four-digit-national-association-naics-codes .

5 3 1 3

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.   District _____   When _____   Case number _____
                                 MM / DD / YYYY

         District _____   When _____   Case number _____
                                   MM / DD / YYYY

---

Debtor _Chestnut Oak Drive North LLC_      Case number (if known)_____
<br>Name

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** <br><br> List all cases. If more than 1, attach a separate list. | ☑ No <br> ☐ Yes.   Debtor _____    Relationship _____ <br>       District _____    When _____ <br>                                   MM / DD / YYYY <br>       Case number, if known _____ |
| **11. Why is the case filed in _this_ district?** | Check all that apply: <br> ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br> ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No <br> ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br><br> **Why does the property need immediate attention?** _(Check all that apply.)_ <br> ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br>     What is the hazard? _____ <br> ☐ It needs to be physically secured or protected from the weather. <br> ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br> ☐ Other _____ <br><br> **Where is the property?** _____ <br>                  Number      Street <br>   _____ <br>         City                           State ZIP Code <br><br> **Is the property insured?** <br> ☐ No <br> ☐ Yes. Insurance agency _____ <br>       Contact name _____ <br>       Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds** | Check one: <br> ☐ Funds will be available for distribution to unsecured creditors. <br> ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49          ☐ 1,000-5,000        ☐ 25,001-50,000 <br> ☐ 50-99        ☐ 5,001-10,000      ☐ 50,001-100,000 <br> ☐ 100-199      ☐ 10,001-25,000    ☐ More than 100,000 <br> ☐ 200-999 |

Debtor  Chestnut Oak Drive North LLC                Case number (if known)_____

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08  19  2025**
　　　　　　 MM / DD / YYYY

X _Edward Parks_ (signature)                    **Edward Parks**
Signature of authorized representative of debtor          Printed name

Title **Real Estate Broker**

**18. Signature of attorney**

X _____          Date _____
Signature of attorney for debtor                            MM / DD / YYYY

Printed name _____

Firm name _____

Number      Street _____

City _____   State _____   ZIP Code _____

Contact phone _____   Email address _____

Bar number _____   State _____

**Fill in this information to identify the case:**

Debtor name _Chestnut Oak Drive North, LLC_

United States Bankruptcy Court for the: _Middle_ _____ District of _Florida_
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor

   **Current value of debtor's interest**

2. **Cash on hand**                                                                    $ _2200_

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. _Ameris Bank_ | _Checking_ | _0646_ | $ _2200_ |
   | 3.2. _____ | _____ | _____ | $ _____ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____   $ _____
   4.2. _____   $ _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   $ _2,200_

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   **Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____   $ _____
   7.2. _____   $ _____

Debtor _Chestnut Lake Drive North LLC_____     Case number (if known)_____
    Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____     $_____

8.2._____     $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                     $_____

---

**Part 3:**  **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

                                                  Current value of debtor's interest

**11. Accounts receivable**

11a. 90 days old or less: _____ – _____ = ........➜     $_____
                          face amount        doubtful or uncollectible accounts

11b. Over 90 days old: _____ – _____ = ........➜     $_____
                         face amount        doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.                     $_____

---

**Part 4:**  **Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____     _____     $_____

14.2._____     _____     $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                         % of ownership:

15.1._____     _____%     _____     $_____

15.2._____     _____%     _____     $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____     _____     $_____

16.2._____     _____     $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                     $_____

---

Debtor _Chestnut Oak Drive North LLC_
Name

Case number (if known)_____

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. Work in progress | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. Finished goods, including goods held for resale | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. Other inventory or supplies | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. Crops—either planted or harvested | | | |
| | $_____ | _____ | $_____ |
| 29. Farm animals _Examples: Livestock, poultry, farm-raised fish_ | | | |
| | $_____ | _____ | $_____ |
| 30. Farm machinery and equipment  (Other than titled motor vehicles) | | | |
| | $_____ | _____ | $_____ |
| 31. Farm and fishing supplies, chemicals, and feed | | | |
| | $_____ | _____ | $_____ |
| 32. Other farming and fishing-related property not already listed in Part 6 | | | |
| | $_____ | _____ | $_____ |

Debtor  *Chestnut Drive North LLC*
_____Name_____

Case number (if known)_____

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Schedule A/B: Assets — Real and Personal Property

Debtor    *Chestnut Oak Drive North LLC*
          Name                                    Case number (if known)_____

---

## Part 8:  Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☑ No. Go to Part 9.

    ☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | | $_____ |
| 48.2_____ | $_____ | | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | | $_____ |
| 49.2_____ | $_____ | | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | | $_____ |

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.

    $_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☐ No

    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

---

Debtor *Chestnut Oak Drive North LLC*
Name                                          Case number (if known)_____

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor.Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 *735 Chestnut Oak Dr. N,*<br>*Jacksonville, FL 32218* | *Owner* | $_____ | *CMA* | $ *242,500* |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ *242,500*

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

Debtor _Chestnut Oak Drive North LLC_
Name

Case number (if known)_____

---

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

Current value of
debtor's interest

71. **Notes receivable**

Description (include name of obligor)

_____ __ _____ = ➔  $_____
Total face amount        doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____  Tax year _____  $_____
_____  Tax year _____  $_____
_____  Tax year _____  $_____

73. **Interests in insurance policies or annuities**

_____                        $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                        $_____

Nature of claim        _____

Amount requested       $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                        $_____

Nature of claim        _____

Amount requested       $_____

76. **Trusts, equitable or future interests in property**

_____                        $_____

77. **Other property of any kind not already listed** _Examples:_ Season tickets, country club membership

_____                        $_____
_____                        $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

Debtor _____     Case number *(if known)*_____
            Name

---

**Part 12:**    **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $ 2,200 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $ 0 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $ 0 | |
| 83. Investments. *Copy line 17, Part 4.* | $ 0 | |
| 84. Inventory. *Copy line 23, Part 5.* | $ 0 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $ 0 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $ 0 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $ 0 | |
| 88. Real property. *Copy line 56, Part 9.* ................................................ ➔ | | $ 242,500 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $ | |
| 90. All other assets. *Copy line 78, Part 11.* | + $ | |
| 91. Total. Add lines 80 through 90 for each column...........................91a. | $ 2,200 | + 91b. $ 242,500 |

92. Total of all property on Schedule A/B.  Lines 91a + 91b = 92. ...................................................................    $ 244,700

**Fill in this information to identify the case:**

Debtor name _Chestnut Oak Drive North LLC_

United States Bankruptcy Court for the: _Middle_ _____ District of _Florida_
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**
    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    ☑ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Creditor's name**<br>_Truist Bank_<br><br>**Creditor's mailing address**<br>_1001 Semmes Ave._<br>_Richmond, Va, 23224_<br><br>**Creditor's email address, if known**<br><br>**Date debt was incurred** _8/01/2023_<br>**Last 4 digits of account number** ___ ___ ___ ___<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | **Describe debtor's property that is subject to a lien**<br>_735 Chestnut Oak Dr. N._<br>_Jacksonville, Fl 32218_<br>_RE: 019703-6085_<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).<br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $395,453.72 | $242,500 |
| **2.2** **Creditor's name**<br><br>**Creditor's mailing address**<br><br>**Creditor's email address, if known**<br><br>**Date debt was incurred** _____<br>**Last 4 digits of account number** ___ ___ ___ ___<br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☐ Yes. Have you already specified the relative priority?<br> ☐ No. Specify each creditor, including this creditor, and its relative priority.<br><br> ☐ Yes. The relative priority of creditors is specified on lines _____ | **Describe debtor's property that is subject to a lien**<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☐ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).<br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $_____ | $_____ |

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                                      $_____

Debtor _*Chestnut Oak Drive North LLC*_
Name

Case number (if known) _____

| **Part 1:** | **Additional Page** | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
| --- | --- | --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._** Creditor's name

Describe debtor's property that is subject to a lien

$_____    $_____

Creditor's mailing address

Describe the lien

_____

Creditor's email address, if known

Is the creditor an insider or related party?
- ☐ No
- ☐ Yes

Date debt was incurred _____

Is anyone else liable on this claim?
- ☐ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
- ☐ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____

  - ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**2._** Creditor's name

Describe debtor's property that is subject to a lien

$_____    $_____

Creditor's mailing address

Describe the lien

_____

Creditor's email address, if known

Is the creditor an insider or related party?
- ☐ No
- ☐ Yes

Date debt was incurred _____

Is anyone else liable on this claim?
- ☐ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
- ☐ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____

  - ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Debtor  *Chestnut Oak Drive North LLC*
        Name

Case number *(if known)*_____

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

Fill in this information to identify the case:

Debtor _Chestnut Oak Drive North LLC_

United States Bankruptcy Court for the: _Middle_ District of _Florida_
(State)

Case number
(If known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

_____
_____
_____

Date or dates debt was incurred

_____

Last 4 digits of account
number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:  $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

**2.2** Priority creditor's name and mailing address

_____
_____
_____

Date or dates debt was incurred

_____

Last 4 digits of account
number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:  $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

**2.3** Priority creditor's name and mailing address

_____
_____
_____

Date or dates debt was incurred

_____

Last 4 digits of account
number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:  $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

| Part 1. | Additional Page |
|---------|-----------------|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**                **Priority amount**

**2.___** Priority creditor's name and mailing address

As of the petition filing date, the claim is:    $_____    $_____
*Check all that apply.*
❑ Contingent
_____    ❑ Unliquidated
_____    ❑ Disputed
_____

Date or dates debt was incurred              Basis for the claim:

_____    _____

Last 4 digits of account                    Is the claim subject to offset?
number                                       ❑ No
                                             ❑ Yes
Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

**2.___** Priority creditor's name and mailing address

As of the petition filing date, the claim is:    $_____    $_____
*Check all that apply.*
❑ Contingent
_____    ❑ Unliquidated
_____    ❑ Disputed
_____

Date or dates debt was incurred              Basis for the claim:

_____    _____

Last 4 digits of account    __ __ __ __     Is the claim subject to offset?
number                                       ❑ No
Specify Code subsection of PRIORITY unsecured  ❑ Yes
claim: 11 U.S.C. § 507(a) (____)

**2.___** Priority creditor's name and mailing address

As of the petition filing date, the claim is:    $_____    $_____
*Check all that apply.*
❑ Contingent
_____    ❑ Unliquidated
_____    ❑ Disputed

Date or dates debt was incurred              Basis for the claim:

_____    _____

Last 4 digits of account    __ __ __ __     Is the claim subject to offset?
number                                       ❑ No
Specify Code subsection of PRIORITY unsecured  ❑ Yes
claim: 11 U.S.C. § 507(a) (____)

**2.___** Priority creditor's name and mailing address

As of the petition filing date, the claim is:    $_____    $_____
*Check all that apply.*
❑ Contingent
_____    ❑ Unliquidated
_____    ❑ Disputed

Date or dates debt was incurred              Basis for the claim:

_____    _____

Last 4 digits of account    __ __ __ __     Is the claim subject to offset?
number                                       ❑ No
Specify Code subsection of PRIORITY unsecured  ❑ Yes
claim: 11 U.S.C. § 507(a) (____)

Debtor _____ Case 3:25-bk-02861-JAB Doc 1 Filed 08/20/25 Page 18 of 33
Name
Case number (if known)_____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** | **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.2** | **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.3** | **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4** | **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5** | **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6** | **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor _Chestnut Oak Drive North LLC_____   Case number _(if known)_____
       Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.___**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

**3.___**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

**3.___**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

**3.___**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

**3.___**   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page ___ of ___

Debtor _____    Case number (if known) _____
     Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.    **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line ____   ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Line ____   ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line ____   ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line ____   ☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | Line ____   ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line ____   ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line ____   ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line ____   ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line ____   ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line ____   ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line ____   ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line ____   ☐ Not listed. Explain _____ | __ __ __ __ |

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4._____ | Line _____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4._____ | Line _____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4._____ | Line _____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4._____ | Line _____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4._____ | Line _____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4._____ | Line _____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4._____ | Line _____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4._____ | Line _____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4._____ | Line _____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4._____ | Line _____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4._____ | Line _____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4._____ | Line _____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4._____ | Line _____ <br> ☐ Not listed. Explain _____ | — — — — |
| 4._____ | Line _____ <br> ☐ Not listed. Explain _____ | — — — — |

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $_____ |
| 5b. **Total claims from Part 2** | 5b. | **+** | $_____ |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | | $_____ |

**Fill in this information to identify the case:**

Debtor name _Chestnut Oak Drive North, LLC_

United States Bankruptcy Court for the: _Middle_    District of _Florida_
(State)

Case number (If known): _____    Chapter _____

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor  *Chestnut Oak Drive North LLe*
Name

Case number (if known) _____

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2._**
State what the contract or lease is for and the nature of the debtor's interest
_____  _____

State the term remaining
_____  _____

List the contract number of any government contract
_____  _____

**2._**
State what the contract or lease is for and the nature of the debtor's interest
_____  _____

State the term remaining
_____  _____

List the contract number of any government contract
_____  _____

**2._**
State what the contract or lease is for and the nature of the debtor's interest
_____  _____

State the term remaining
_____  _____

List the contract number of any government contract
_____  _____

**2._**
State what the contract or lease is for and the nature of the debtor's interest
_____  _____

State the term remaining
_____  _____

List the contract number of any government contract
_____  _____

**2._**
State what the contract or lease is for and the nature of the debtor's interest
_____  _____

State the term remaining
_____  _____

List the contract number of any government contract
_____  _____

**2._**
State what the contract or lease is for and the nature of the debtor's interest
_____  _____

State the term remaining
_____  _____

List the contract number of any government contract
_____  _____

**2._**
State what the contract or lease is for and the nature of the debtor's interest
_____  _____

State the term remaining
_____  _____

List the contract number of any government contract
_____  _____

---

Official Form 206G       Schedule G: Executory Contracts and Unexpired Leases       page 2 of 2

Fill in this information to identify the case:

Debtor name _Chestnut Oak Drive North, LLC_

United States Bankruptcy Court for the: _Middle_ District of _Florida_
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. *In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.*

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 _____ | Street _____  City _____ State _____ ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 _____ | Street _____  City _____ State _____ ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 _____ | Street _____  City _____ State _____ ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 _____ | Street _____  City _____ State _____ ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.5 _____ | Street _____  City _____ State _____ ZIP Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.6 _____ | Street _____  City _____ State _____ ZIP Code | _____ | ☐ D ☐ E/F ☐ G |

Debtor   Chestnut Oak Grove North LLC          Case number (if known)_____
              Name

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |

2.___    _____    Street _____    _____    ☐ D
                                                                          ☐ E/F
                             _____                             ☐ G
                             City          State          ZIP Code

2.___    _____    Street _____    _____    ☐ D
                                                                          ☐ E/F
                             _____                             ☐ G
                             City          State          ZIP Code

2.___    _____    Street _____    _____    ☐ D
                                                                          ☐ E/F
                             _____                             ☐ G
                             City          State          ZIP Code

2.___    _____    Street _____    _____    ☐ D
                                                                          ☐ E/F
                             _____                             ☐ G
                             City          State          ZIP Code

2.___    _____    Street _____    _____    ☐ D
                                                                          ☐ E/F
                             _____                             ☐ G
                             City          State          ZIP Code

2.___    _____    Street _____    _____    ☐ D
                                                                          ☐ E/F
                             _____                             ☐ G
                             City          State          ZIP Code

2.___    _____    Street _____    _____    ☐ D
                                                                          ☐ E/F
                             _____                             ☐ G
                             City          State          ZIP Code

2.___    _____    Street _____    _____    ☐ D
                                                                          ☐ E/F
                             _____                             ☐ G
                             City          State          ZIP Code

Fill in this information to identify the case:

Debtor name _Chestnut Oak Drive North LLC_

United States Bankruptcy Court for the: _Middle_ District of _Florida_
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........................................................   $ 242,500

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.....................................................   $ 2,200

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................   $ 244,700

---

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............   $ 395,453.72

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................   $ —

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..................   + $ —

4. **Total liabilities**........................................................
   Lines 2 + 3a + 3b                                                                              $ 395,453.72

---

**Fill in this information to identify the case:**

Debtor name _Chestnut Oak Drive North LLC_

United States Bankruptcy Court for the: _Middle_ District of _Florida_
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 *largest unsecured claims*.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in: total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 NA | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |

Debtor    Chestnut Oak Drive North LLC
          _____
          Name

Case number (if known)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

*Sunbiz*.org DIVISION *of* CORPORATIONS

*an official State of Florida website*

# Detail by Entity Name

Florida Limited Liability Company
CHESTNUT OAK DRIVE NORTH, LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L22000536242 |
| **FEI/EIN Number** | N/A |
| **Date Filed** | 12/23/2022 |
| **Effective Date** | 01/01/2023 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

11761 BEACH BLVD
SUITE 3
JACKSONVILLE, FL 32246

**Mailing Address**

PO BOX 14803
JACKSONVILLE, FL 32238

**Registered Agent Name & Address**

SVENDSEN, EVERETT G
5633 SWAMP FOX ROAD
JACKSONVILLE, FL 32210

**Authorized Person(s) Detail**

**Name & Address**

Title AR

SVENDSEN, EVERETT G
5633 SWAMP FOX ROAD
JACKSONVILLE, FL 32210

Title AMBR

BURR, JASPER R, JR
735 CHESTNUT OAK DRIVE N.
JACKSONVILLE, FL 32218

## Property Detail

| RE # | 019703-6085 |
| --- | --- |
| Tax District | GS |
| Property Use | 0100 Single Family |
| # of Buildings | 1 |
| Legal Desc. | For full legal description see Land & Legal section below |
| Subdivision | 04899 OAKLEIGH POINTE UNIT 2A |
| Total Area | 10112 |

The sale of this property may result in higher property taxes. For more information go to Save Our Homes and our Property Tax Estimator . 'In Progress' property values, exemptions and other supporting information on this page are part of the working tax roll and are subject to change. Certified values listed in the Value Summary are those certified in October, but may include any official changes made after certification Learn how the Property Appraiser's Office values property.

## Value Summary

| Value Description | 2024 Certified | 2025 In Progress |
| --- | --- | --- |
| Value Method | CAMA | CAMA |
| Total Building Value | $156,063.00 | $169,545.00 |
| Extra Feature Value | $1,415.00 | $1,330.00 |
| Land Value (Market) | $48,000.00 | $55,000.00 |
| Land Value (Agric.) | $0.00 | $0.00 |
| Just (Market) Value | $205,478.00 | $225,875.00 |
| Assessed Value | $205,478.00 | $225,875.00 |
| Cap Diff/Portability Amt | $0.00 / $0.00 | $0.00 / $0.00 |
| Exemptions | $0.00 | See below |
| Taxable Value | $205,478.00 | See below |

## Taxable Values and Exemptions – In Progress

If there are no exemptions applicable to a taxing authority, the Taxable Value is the same as the Assessed Value listed above in the Value Summary box.

| County/Municipal Taxable Value | SJRWMD/FIND Taxable Value | School Taxable Value |
| --- | --- | --- |
| No applicable exemptions | No applicable exemptions | No applicable exemptions |

## Sales History

| Book/Page | Sale Date | Sale Price | Deed Instrument Type Code | Qualified/Unqualified | Vacant/Improved |
| --- | --- | --- | --- | --- | --- |
| 20590-00884 | 2/23/2023 | $100.00 | QC - Quit Claim | Unqualified | Improved |
| 17323-01565 | 10/2/2015 | $11,000.00 | CT - Certificate of Title | Unqualified | Improved |
| 14099-01487 | 7/20/2007 | $172,000.00 | WD - Warranty Deed | Qualified | Improved |
| 13779-01147 | 1/26/2007 | $140,300.00 | CT - Certificate of Title | Unqualified | Improved |
| 10891-01395 | 1/24/2003 | $135,000.00 | MS - Miscellaneous | Qualified | Improved |
| 10528-00720 | 5/15/2002 | $100.00 | WD - Warranty Deed | Unqualified | Improved |
| 09409-00812 | 8/30/1999 | $109,800.00 | WD - Warranty Deed | Qualified | Improved |
| 08793-00596 | 11/20/1997 | $216,000.00 | WD - Warranty Deed | Unqualified | Vacant |
| 00049-00010 | 6/24/1994 | $100.00 | PB - Plat Book | Unqualified | Vacant |

## Extra Features

| LN | Feature Code | Feature Description | Bldg. | Length | Width | Total Units | Value |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | FPPR7 | Fireplace Prefab | 1 | 0 | 0 | 1.00 | $1,330.00 |

## Land & Legal

### Land

| LN | Code | Use Description | Zoning Assessment | Front | Depth | Category | Land Units | Land Type | Land Value |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 0100 | RES LD 3-7 UNITS PER AC | RLD-60 | 78.00 | 118.00 | Common | 1.00 | Lot | $55,000.00 |

### Legal

| LN | Legal Description |
| --- | --- |
| 1 | 49-10 50-1S-26E |
| 2 | OAKLEIGH POINTE UNIT 2A |
| 3 | LOT 17 |

## Buildings

### Building 1

Building 1 Site Address
735 N CHESTNUT OAK DR Unit
Jacksonville FL 32218-

| Building Type | 0101 - SFR 1 STORY |
| --- | --- |
| Year Built | 1999 |
| Building Value | $169,545.00 |

| Type | Gross Area | Heated Area | Effective Area |
| --- | --- | --- | --- |
| Base Area | 1682 | 1682 | 1682 |
| Finished Garage | 340 | 0 | 170 |
| Finished Open Porch | 42 | 0 | 13 |
| Total | 2064 | 1682 | 1865 |

| Element | Code | Detail |
| --- | --- | --- |
| Exterior Wall | 6 | 6 Vertical Sheet |
| Exterior Wall | 16 | 16 Frame Stucco |
| Roof Struct | 3 | 3 Gable or Hip |
| Roofing Cover | 3 | 3 Asph/Comp Shng |
| Interior Wall | 5 | 5 Drywall |
| Int Flooring | 14 | 14 Carpet |
| Int Flooring | 8 | 8 Sheet Vinyl |
| Heating Fuel | 4 | 4 Electric |
| Heating Type | 4 | 4 Forced-Ducted |
| Air Cond | 3 | 3 Central |

| Element | Code | Detail |
| --- | --- | --- |
| Stories | 1.000 | |
| Bedrooms | 4.000 | |
| Baths | 2.000 | |
| Rooms / Units | 1.000 | |



2024 Notice of Proposed Property Taxes Notice (TRIM Notice)

| Fill in this information to identify the case and this filing: |
| --- |

Debtor Name _Chestnut Drive North LLC_

United States Bankruptcy Court for the: _Middle_ District of _Florida_
(State)

Case number (if known): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ _Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)_

☑ _Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)_

☑ _Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)_

☑ _Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)_

☑ _Schedule H: Codebtors (Official Form 206H)_

☑ _Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)_

☐ Amended _Schedule ____

☑ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _08/19/2025_
         MM / DD / YYYY

x _Edward Parks_
Signature of individual signing on behalf of debtor

_Edward Parks_
Printed name

_Licensed Real Estate Broker_ - BK3459624
Position or relationship to debtor
904-440-4200

# Ameris Realty LLC

August 19, 2025

To whom it may concern:

I am submitting these documents for the owner and others with a direct interest,financial or personal, in Chestnut Oak Drive North, LLC's success with the eventual sale of 735 ,Chestnut Oak Drive N., Jacksonville, Fl. 32218.

I was given a list of eleven Bankruptcy Attorneys already contacted to file this Ch.11 Case but for various reasons could not or would not accept the work load. I am actively assisting in the ultimate goal to sell the property.

Thank you for your time and consideration.

Sincerely,

Edward Parks
Lic. Real Estate Broker
Ameris Realty LLC
904-440-4200
License # 3459624